IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-00186-BO

| | |
|---|---|
| GARY ALLEN SIMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | ORDER FOR PAYMENT OF<br>ATTORNEY'S FEES<br>UNDER 42 U.S.C. § 406(b) |

Upon Plaintiff's counsel's motion for an award of attorneys fees under 42 U.S.C. § 406(b), it is ORDERED that Defendant pay to Plaintiff counsel $98.25 in attorney's fees out of past due benefits owed by Defendant to Plaintiff in full satisfaction of any and all claims arising under 42 U.S.C. § 406(b). Payment will be made by check payable to Plaintiff's counsel, Evan Lewis, and mailed to him at Evan Lewis Law, P.O. Box 187, Washington, NC 27889, and counsel will then remit to Plaintiff the lesser of this award and the attorney's fees award to plaintiff herein under the Equal Access to Justice Act.

4-15-24
DATE

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATE DISTRICT JUDGE